**DISMISS and Opinion Filed August 9, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00180-CV

**ROCKWALL INNKEEPERS I, LTD. AND
ROCKWALL OPERATING GROUP, LLC, Appellants
V.
MCLENCO CONSTRUCTION SERVICES, INC., Appellee**

**On Appeal from the 439th Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 1-20-1538**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellants' motion to dismiss the appeal because the parties have settled their differences. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.2(a)(1).

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

240180F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROCKWALL INNKEEPERS I, LTD. AND ROCKWALL OPERATING GROUP, LLC, Appellants

No. 05-24-00180-CV        V.

MCLENCO CONSTRUCTION SERVICES, INC., Appellee

On Appeal from the 439th Judicial District Court, Rockwall County, Texas
Trial Court Cause No. 1-20-1538.
Opinion delivered by Chief Justice Burns. Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

Subject to any agreement between the parties, it is **ORDERED** that appellee MCLENCO CONSTRUCTION SERVICES, INC. recover its costs of this appeal from appellants ROCKWALL INNKEEPERS I, LTD. AND ROCKWALL OPERATING GROUP, LLC.

Judgment entered August 9, 2024